IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY J. SWICK,<br><br>  Plaintiff,<br><br> v.<br><br>TERESA HAYS RAMBERG,<br>FOIA Officer, Fort Belvoir Community Hospital,<br><br>JEFF SESSIONS,<br>Attorney General of the United States,<br><br>and<br><br>JESSIE K. LIU,<br>United States Attorney for the District of Columbia,<br><br>  Defendants. | Civil Action No. 18-cv-01658-JDB |

**DECLARATION OF JEREMY A. HAUGH**

I, Jeremy A. Haugh, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am a Special Assistant United States Attorney in the Civil Division of the United States Attorney's Office for the District of Columbia.

2. On September 17, 2018, I received an inquiry from an Army agency counsel regarding whether the United States Attorney's Office had been served with the Summons and Complaint in the above-captioned matter. The Army agency counsel provided me with Plaintiff Nancy J. Swick's ("Plaintiff") affidavit of service with an attached United States Postal Service ("USPS") return receipt and article tracking number. I contacted the United States Attorney's Office mailroom and was informed that the mailroom had no record of having received the article. I then called chambers of the assigned district judge, the Honorable Judge John D. Bates,

and informed a member of the Court's staff that Plaintiff's attempt to serve the United States Attorney's Office via mail was unsuccessful.

    3. On October 3, 2018, the Army's agency counsel notified me that Plaintiff filed a motion for default judgment.

    4. Upon information and belief, on October 18, 2018, my colleague Special Assistant United States Attorney ("SAUSA") Roberto Martens contacted Plaintiff via telephone to confer with her in an attempt to resolve Plaintiff's motion without judicial intervention. SAUSA Martens requested that Plaintiff withdraw her motion, and represented that the United States Attorney's Office would file an answer to the Complaint shortly after withdrawal of the motion. Plaintiff declined to withdraw the motion, but stated that she would continue to consider it.

    5. On October 22, 2018, I again attempted to locate Plaintiff's mailing of the Summons and Complaint using the USPS article tracking number. I contacted the main U.S. Department of Justice mailroom and was informed that the Department of Justice mailroom did receive the article on August 9, 2018. (I note that the zip code "20530," which is the zip code reflected on the return receipt attached to Plaintiff's affidavit of service, is the centralized zip code for delivery of mail to the main Department of Justice mailroom for both the Department of Justice and the United Attorney's Office in Washington, D.C.) I was further informed that the Department of Justice mailroom routed the article to the main Department of Justice Civil Division correspondence office, not the civil process clerk for the United States Attorney's Office.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 26th day of October 2018.

            /s/ *Jeremy A. Haugh*
            JEREMY A. HAUGH
            Special Assistant United States Attorney
            United States Attorney's Office for the
            District of Columbia, Civil Division